# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LINARES, JOSE L. | U.S. DISTRICT COURT NEW JERSEY | 07/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date <br> ☐ Initial ☐ Annual ☑ Final <br><br> 5b. ☐ Amended Report | 01/01/2018 <br> **to** <br> 05/16/2019 |

**7. Chambers or Office Address**

FEDERAL COURTHOUSE
50 WALNUT ST. ROOM 5054
NEWARK, NJ 07101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/18 | ADJUNCT PROFESSOR SETON HALL UNIVERSITY SALARY | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/18 | BHHS NJ PROPERTIES REAL ESTATE SALES COMMISSIONS |
| 2. 05/16/19 | BHHS NJ PROPERTIES REAL ESTATE SALES COMMISSIONS |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TD BANK | A | Interest | K | T | | | | | |
| 2. PNC BANK | A | Interest | J | T | | | | | |
| 3. PNC BANK | A | Interest | J | T | | | | | |
| 4. INVESTOR SAVINGS BANK (FORMERLY AMERICAN SAVINGS) | A | Interest | J | T | | | | | |
| 5. REAL ESTATE RENTAL PT.PLEASANT NJ ON 10/24/09 FOR $340000 | A | Rent | | | Sold | 09/14/18 | N | E | |
| 6. MET LIFE IRA MODERATE TO AGGRESSIVE ALLOCATION PORTFOLIO | E | Dividend | L | T | | | | | |
| 7. MET LIFE NON QUALIFIED ANNUITY FIXED RATE ANNUITY | B | Dividend | | | Redeemed | 12/21/18 | M | D | |
| 8. MET LIFE VARIABLE ANNUITY ISHARES CORE S&P 500 | B | Dividend | L | T | | | | | |
| 9. WELLS FARGO IRA | A | Interest | K | T | | | | | |
| 10. WELLS FARGO IRA | A | Interest | J | T | | | | | |
| 11. WELLS FARGO IRA ISHARES CORE | B | Dividend | K | T | | | | | |
| 12. WELLS FARGO IRA DOUBLINE FDS | C | Dividend | M | T | | | | | |
| 13. WELLS FARGO IRA GATEWAY FUND | A | Dividend | K | T | | | | | |
| 14. WELLS FARGO IRA LORD ABBETT TR SHORT DURATION | C | Dividend | L | T | | | | | |
| 15. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 16. WELLS FARGO ISHARES CORE S&P 500 | A | Dividend | | | Redeemed | 05/06/19 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. KEY BANK NATIONAL | A | Interest | J | T | | | | | |
| 18. WELLS FARGO IRA BLACKROCK | A | Dividend | J | T | | | | | |
| 19. WELLS FARGO IRA BLACKROCK FUNDS II | A | Dividend | K | T | | | | | |
| 20. WELLS FARGO IRA GATEWAY FUND CL | A | Dividend | K | T | | | | | |
| 21. WELLS FARGO IRA JP MORGAN TR I STRATEGIC INCOME | A | Dividend | J | T | | | | | |
| 22. WELLS FARGO IRA LORD ABBETT INV TR | A | Dividend | J | T | | | | | |
| 23. WELLS FARGO IRA PRUDENTIAL INVT PORTFOLIO | A | Dividend | J | T | | | | | |
| 24. WELLS FARGO IRA BLACKROCK | A | Dividend | | | Redeemed | 12/27/18 | K | A | |
| 25. WELLS FARGO IRA BLACKROCK FUNDS II | C | Dividend | M | T | | | | | |
| 26. WELLS FARGO IRA JP MORGAN TRI STRATEGIC INCOME | A | Dividend | | | Redeemed | 01/04/18 | L | A | |
| 27. WELLS FARGO IRA PRUDENTIAL INV PORTFOLIO | A | Dividend | | | Redeemed | 01/04/18 | L | A | |
| 28. WELLS FARGO ISHARES S&P 500 ETF GROWTH | A | Dividend | J | T | | | | | |
| 29. WELLS FARGO BLACKROCK FUNDS II INCOME OPP | A | Dividend | | | Redeemed | 12/27/18 | K | C | |
| 30. WELLS FARGO LORD ABBETT INV TR FLOATING RATE | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 31. WELLS FARGO LORD ABBWETT HIGH YIELD | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 32. WELLS FARGO LORD ABBETT SHORT DURATION | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 33. WELLS FARGO PIMCO FDS MTG OPPTY FD | A | Dividend | | | Redeemed | 12/27/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. | WELLS FARGO PIMCO FDS INCOME FD INST | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 35. | WELLS FARGO PRUDENTIAL INVT PORT INC | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 36. | WELLS FARGO IRA GATEWAY FUND CL | A | Dividend | | | Redeemed | 12/27/18 | K | A | |
| 37. | WELLS FARGO IRA JANUS HENDERSON FUNDS BD CLASS I | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 38. | WELLS FARGO IRA JP MORGAN TR TR II CORE PLUS | A | Dividend | | | Redeemed | 12/27/18 | K | B | |
| 39. | WELLS FARGO IRA PIMCO FDS MTG OPPTY FD | B | Dividend | K | T | Buy (add'l) | 12/27/18 | K | | |
| 40. | WELLS FARGO IRA PIMCO FDS INCOME FD INST | B | Dividend | K | T | Buy (add'l) | 12/27/18 | K | | |
| 41. | WELLS FARGO IRA JANUS HENDERSON FUNDS FLEX BD | A | Dividend | | | Redeemed | 12/27/18 | J | A | |
| 42. | WELLS FARGO IRA LORD ABBETT INV TR FLOATING RATE | A | Dividend | K | T | | | | | |
| 43. | WELLS FARGO IRA JP MORGAN TR II CORE PLUS | A | Dividend | K | T | | | | | |
| 44. | WELLS FARGO IRA PIMCO FDS MTG OPPTY FD | B | Dividend | K | T | | | | | |
| 45. | WELLS FARGO IRA PIMCO FDS INCOME FD | B | Dividend | | | Redeemed | 12/21/18 | K | B | |
| 46. | WELLS FARGO IRA BANK DEPOSIT | A | Interest | L | T | Buy (add'l) | 12/27/18 | K | | |
| 47. | WELLS FARGO IRA ISHARES CORE S&P 500 ETF | A | Dividend | M | T | | | | | |
| 48. | WELLS FARGO IRA BLACKROCK TOTAL RETURN FUND | B | Dividend | L | T | | | | | |
| 49. | WELLS FARGO IRA BLACKROCK FUNDS II STRATEGIC INC OPPT | D | Dividend | N | T | | | | | |
| 50. | WELLS FARGO IRA GATEWAY FUND CL Y | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. WELLS FARGO IRA JANUS HENDERSON FUNDS FLEX BD | A | Dividend | K | T | | | | | |
| 52. WELLS FARGO IRA JP MORGAN TR I STRATEGIC INC OPPT | B | Dividend | L | T | | | | | |
| 53. WELLS FARGO IRA JP MORGAN TR I CORE PLUS BOND FD | B | Dividend | | | Redeemed | 12/21/18 | M | C | |
| 54. WELLS FARGO IRA PIMCO FD MTG OPPT FD INST CL | C | Dividend | | | Redeemed | 12/21/18 | M | C | |
| 55. WELLS FARGO IRA PIMCO FDS INCOME FD INSTL CL | D | Dividend | M | T | | | | | |
| 56. WELLS FARGO IRA PRUDENTIAL INV PORT14 FLTG RATE INC | C | Dividend | M | T | | | | | |
| 57. WELLS FARGO IRA RUSSELL MID CAP GROWTH | B | Dividend | K | T | Buy | 12/21/18 | K | | |
| 58. WELLS FARGO IRA USA QUALITY FACTOR | B | Dividend | K | T | Buy | 12/21/18 | K | | |
| 59. WELLS FARGO IRA S&P 500 GROWTH | B | Dividend | K | T | Buy | 12/21/18 | K | | |
| 60. WELLS FARGO IRA JP MORGAN ULTRA ST INCOME | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 61. WELLS FARGO VANGUARD DIV APPRECIATION | B | Dividend | K | T | Buy | 12/21/18 | K | | |
| 62. WELLS FARGO IRA ANGEL OAK MULTI STRATEGY INCOME FUND | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 63. WELLS FARGO IRA EATON VANCEFLT RT ADVANTAGE FUND | B | Dividend | K | T | Buy | 12/21/18 | K | | |
| 64. WELLS FARGO IRA RUSSELL MIDCAP GROWTH | B | Dividend | K | T | Buy | 12/27/18 | K | | |
| 65. WELLS FARGO IRA USA QUALITY FACTOR | B | Dividend | L | T | Buy | 12/27/18 | L | | |
| 66. WELLS FARGO IRA JP MORGAN ULTRA ST INCOME | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 67. WELLS FARGO IRA VANGUARD DIVIDEND APPRECIATION | B | Dividend | K | T | Buy | 12/27/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES, JOSE L. | 07/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | WELLS FARGO IRA ANGEL OAK MULTI STRATEGY INCOME | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 69. | WELLS FARGO IRA EATON VANCE FLT RATE ADVANTAGE | B | Dividend | K | T | Buy | 12/27/18 | K | | |
| 70. | WELLS FARGO IRA JP MORGAN TR ISTRATEGIC INCOME OPPTY | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 71. | WELLS FARGO INVT TR TOTAL RETURN | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 72. | WELLS FARGO IRA ISHARES S&P 500 GROWTH | A | Dividend | M | T | Buy | 12/27/18 | M | | |
| 73. | WELLS FARGO IRA JP MORGAN ULTRA SHORT INCOME | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 74. | WELLS FARGO IRA VANGUARD APPRECIATION | A | Dividend | M | T | Buy | 03/11/19 | M | | |
| 75. | WELLS FARGO IRA ANGEL OAK MULTI STRATEGY INC FUND | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 76. | WELLS FARGO IRA EATON VANCE ADV SR ADV FUND | B | Dividend | L | T | Buy | 12/27/18 | L | | |
| 77. | WELLS FARGO IRA FIDELITY INV MMF | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 78. | WELLS FARGO IRA JP MORGAN STRATEGIC INCOME OPPTY | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 79. | WELLS FARGO IRA LORD ABBETT INV TR | A | Dividend | K | T | Buy | 02/13/19 | K | | |
| 80. | WELLS FARGO IRA PIMCO MORTGAGE OPP & BOND FUND | A | Dividend | L | T | Buy | 02/13/19 | L | | |
| 81. | WELLS FARGO PGIM SHORT TERM CORP BOND | A | Dividend | K | T | Buy | 12/27/18 | K | | |
| 82. | WELLS FARGO IRA RUSSELL MIDCAP GROWTH | A | Dividend | M | T | Buy | 12/27/18 | M | | |
| 83. | WELLS FARGO IRA ISHARES EDGE MSCI USA QUALITY FACTOR | A | Dividend | M | T | Buy | 03/11/19 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LINARES, JOSE L.** | 07/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ JOSE L. LINARES**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544